**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

AJAY KUMAR,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DIRECTOR, USCIS TEXAS SERVICE CENTER; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; and TODD BLANCHE, Acting Attorney General of the United States,

Defendants.

Civil Action No.
3:26-cv-07952-MAS

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Ajay Kumar, by and through undersigned counsel, hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 30, 2026

Respectfully submitted,

CRUZ GOLD & ASSOCIATES

/s/ Zachary C. Gold
Zachary C. Gold, Esq.
N.J. Attorney ID No. 043894-2023
830 Bear Tavern Road, Suite 108
Ewing, New Jersey 08628
Tel: (609) 924-8500
Email: zgold@cruzgoldlaw.com
Attorney for Plaintiff Ajay Kumar

**So Ordered this 9th day of November 2026**

**Honorable Michael A. Shipp, U.S.D.J.**

**CERTIFICATE OF SERVICE**

I certify that on July 30, 2026, the foregoing Notice of Voluntary Dismissal Without Prejudice was filed through the Court's CM/ECF system, which will send notice to all counsel of record.